JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MEADE, | Case No. CV 17-8168 FMO (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PENNYMAC HOLDING, LLC., et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 14th day of February, 2018.

/s/
Fernando M. Olguin
United States District Judge